

| | |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 653-3516 | **For Office Use Only**<br>**-FILED-**<br>File No.: U230061429326<br>Date Filed: 8/30/2023 |

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |
| **Amendment Action Information:** | |
| Initial Financing Statement File Number | U230047457033 |
| Date Filed | 07/05/2023 |
| Amendment Action | Termination |
| **Name of Secured Party of Record Authorizing This Amendment:** | |
| ☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below. | |
| Authorizing Secured Party Name | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |
| **Optional Filer Reference Information:** | |
| 2637 86700 | |