Jason S. Takenouchi (SBN 234835)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
*JTakenouchi@kasowitz.com*
*DGerstel@kasowitz.com*

Attorneys for Defendants ITRIA VENTURES LLC;
AMIT MISHRA; BIZ2CREDIT, INC.; and PATRICK
COLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>ITRIA VENTURES LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 5:23-cv-05153<br><br>**DECLARATION OF JASON S. TAKENOUCHI IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE PRAYER FOR PUNITIVE DAMAGES**<br><br>Date:     January 23, 2023<br>Time:     10:00 a.m.<br>Dept:     Courtroom 6, 4th Floor<br>Judge:    Susan van Keulen |

I, **JASON S. TAKENOUCHI**, declare as follows:

1. I am an attorney at law, licensed to practice before all the courts of the State of California and in the Northern District of California. I am a partner with the law firm of Kasowitz Benson Torres LLP. I am counsel of record for defendants Itria Ventures LLC, Amit Mishra, Biz2Credit, Inc., and Patrick Cole (collectively "Defendants"). I have personal knowledge of the matters stated herein and, if called to testify, would and could testify competently thereto. I submit this declaration in support of Defendants' request for entry of an order dismissing plaintiff Reshma Kamath's ("Plaintiff" or "Kamath") complaint and to strike prayer for punitive damages judgment against Defendants.

2. Attached hereto as Exhibit A is a true and correct copy of an email chain between and among Kamath and Biz2Credit employees Patrick Cole and Harrison Smalbach, dating between August 30, 2023, and September 5, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2024, in San Francisco, California.

By  */s/ Jason S. Takenouchi*
      Jason S. Takenouchi

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                                        Case No. 5:23-cv-05143
JASON S. TAKENOUCHI'S REPLY DECLARATION IN SUPPORT OF MOTION TO DISMISS