# EXHIBIT A

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Tuesday, September 5, 2023 5:55:46 PM
**To:** Harrison Smalbach <harrison.smalbach@biz2credit.com>
**Subject:** Re: Biz2credit - Lawsuit & Settlement - 1389927

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Even today someone called me about an active lien.

Either way, for the fact this was never informed to me, fraudulently filed by Amit/Itria/ Biz2Credit, I will file a FEDERAL LAWSUIT, and resulted in professional and personal defamation, the damages is in the millions.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Tue, Sep 5, 2023, 14:52 Harrison Smalbach <harrison.smalbach@biz2credit.com> wrote:

> Reshma, the lien was terminated long ago—I have requested the UCC-3 and will supply once received. Please provide the UCC that you are indicating exists.

1

Harrison

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Tuesday, September 5, 2023 4:58 PM
**To:** Harrison Smalbach <harrison.smalbach@biz2credit.com>
**Subject:** Re: Biz2credit - Lawsuit & Settlement - 1389927

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Harrison,

Even today, someone called me saying there is a UCC lien filing against your name. They stated it was not terminated.

Now, this is getting serious, extremely defamatory, and causing damage to my business/professional/and/personal reputation.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:     650 257 0719  |  E-mail:      reshmakamath2021@gmail.com  |

2

LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/ |

Website:    www.myinstalawyer.com |

  

 Selected to Rising Stars: 2023

 2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Sun, Sep 3, 2023 at 8:19 AM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

> Wanted to make sure you're aware of me filing the lawsuit.
>
> Sincerely,
>
> Reshma Kamath
>
> Law Office of Reshma Kamath
>
> On Sun, Sep 3, 2023, 08:18 Harrison Smalbach <harrison.smalbach@biz2credit.com> wrote:
>
>> Reshma, it's a holiday weekend, I'll address the matter on Tuesday

Get Outlook for iOS

---

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Sunday, September 3, 2023 11:12:31 AM
**To:** Harrison Smalbach <harrison.smalbach@biz2credit.com>
**Subject:** Re: Biz2credit - Lawsuit & Settlement - 1389927

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello:

It seems you have chosen to selectively not respond.

I will be suing Biz2Credit for defamation, violation of CA UCC filings, and a slew of other causes of action. I have a complaint prepared.

Please inform whether you have decided to **settle** the case pre-complaint. If not, I am ready to file complaint and summons in California. In this latter case, please state whether you will accept service of complaint, summons and case-initiating documents.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Fri, Sep 1, 2023, 06:25 Reshma Kamath <reshmakamath2021@gmail.com> wrote:

 Hello:

Please inform whether you have decided to settle the case pre-complaint. If not, I have a filing prepared and ready to file in California. In this latter case, please state whether you will accept service of complaint, summons and case-initiating documents.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Thu, Aug 31, 2023, 11:57 Reshma Kamath <reshmakamath2021@gmail.com> wrote:

Hello:

Since you're the attorney for Biz2Credit, Itria Ventures, Amit Mishra, and Patrick Cole, you should not ask me for advice. Please review prior communication from me re the lawsuit to your client.

I will be filing the lawsuit EOD. I have valid claims, and given your clients' record in business dealings in NY, I hope you can litigate California claims as well. I think it would be better for you to settle.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

5

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:     650 257 0719 |  E-mail:      reshmakamath2021@gmail.com  |

LinkedIn: www.linkedin.com/in/globalcitizenwithjd/  |

Website:     www.myinstalawyer.com |

  

 Selected to Rising Stars: 2023

2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Thu, Aug 31, 2023 at 11:52 AM Harrison Smalbach <harrison.smalbach@biz2credit.com> wrote:

> Good afternoon,
>
> Respectfully, I'm not following, what is your claim? What are your damages? I'm sure you're aware that the mere filing of a UCC lien is not defamatory and there are statutory requirements for demanding the termination of such. Please advise.
>
> **Harrison S. Smalbach**

*Senior Counsel*

Itria Ventures LLC

One Penn Plaza

Suite 3101

New York, NY 10119

(O) 212.644.4555 ext. 109

---

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Thursday, August 31, 2023 2:49 PM
**To:** Harrison Smalbach <harrison.smalbach@biz2credit.com>
**Subject:** Re: Biz2credit - Lawsuit & Settlement - 1389927

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello:

I have prior set out the intent to file a lawsuit against your clients. I have also sent out early out-of-court settlement. Please review and I'm happy to meet-and-confer telephonically today.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction

Address:   Law Office of Reshma Kamath

700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Phone:      650 257 0719  |   E-mail:       reshmakamath2021@gmail.com   |

LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/  |

Website:     www.myinstalawyer.com  |

  

 *Selected to Rising Stars: 2023*

2024

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Thu, Aug 31, 2023 at 11:38 AM Harrison Smalbach <harrison.smalbach@biz2credit.com> wrote:

Good afternoon, Mr. Kamath,

I am in-house counsel with Itria Ventures LLC and Biz2Credit Inc. I am reaching out to you regarding the below, please let me know how I may be of assistance.

Thanks.

**Harrison S. Smalbach**

*Senior Counsel*

Itria Ventures LLC

(O) 212.644.4555 ext. 109

---

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Thursday, August 31, 2023 9:18 PM
**To:** Patrick Cole <patrick.cole@biz2credit.com>
**Cc:** Summita <summita@biz2credit.com>
**Subject:** Re: Biz2credit - Lawsuit & Settlement

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello Biz2Credit,

From atleast July 5, 2023 to August 30, 2023, Biz2Credit failed to notify me of any such UCC filing; and, since it took my e-mail to you to cause any such alleged "termination" of UCC filing, I will file and initiate a lawsuit today.

Again, it is further libelous defamation that the "business cash flow doesn't support the offer."

If you have a legal department, please connect me to them. If not, I will proceed with the lawsuit.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Thu, Aug 31, 2023, 07:09 Patrick Cole <patrick.cole@biz2credit.com> wrote:

> Good morning, Reshma.

9

With due respect, as informed that UCC termination is already done, along with that during the time of funding, the case was completed but when your business cash flow doesn't support the offer of that much amount it was changed by the head underwriter, so as you decided not to move forward with that amount.

Even, you requested bank account information to be removed from the portal and it's done too.

Please let me know if anything else I can help you out with.

Regards

Patrick Cole.

Biz2credit.

From: Reshma Kamath <reshmakamath2021@gmail.com>
Sent: Thursday, August 31, 2023 5:44 PM
To: Patrick Cole <patrick.cole@biz2credit.com>; Summita <summita@biz2credit.com>
Subject: Re: Biz2credit - Lawsuit & Settlement

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Confidential and Privileged Settlement Communications Evidence Code sections 1152 and 1154, et seq., Federal Rule 408, et seq., Settlement communications only:

If I do not receive a reply by end of day today, I will be filing the lawsuit today.

Any further defamation is not appreciated.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Wed, Aug 30, 2023, 17:19 Reshma Kamath <reshmakamath2021@gmail.com> wrote:

Confidential and Privileged Settlement Communications Evidence Code sections 1152 and 1154, et seq., Federal Rule 408, et seq., Settlement communications only:

Hello Biz2Credit,

There is a California UCC Filing attached without notice and information to me and my law firm. There was no service made in any way. I found out from a third party about this UCC filing under my name and that of my law firm. I'm appalled and shocked. Upon reaching out, I found out it was from someone named Amit Mishra and Atria Ventures that I had never heard of prior.

After I did some online research, it turned about to be biz2credit - from whom I had declined any loan offer from. Thus, I find this UCCFiling as a precursor to a lien, defamatory and falsified misrepresentation - libelous.

I'd like to file a lawsuit. However, I'm happy to resolve and settle this internally.

Please inform whether you can settle the matter for $550,000. Based on this, I will not file a lawsuit against Atria Ventures, Amit Mishra and/or Biz2Credit. Alternately, maybe we can discuss a creative loan solution at zero percent interest for a five year term at $500,000.

I look forward to hearing from you at the earliest. I see Atria has class actions and financing lawsuits in Delaware and New York for predatory loan financing programs.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please

immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.

This email (including any attachments) contains confidential, privileged or legally protected information, and is meant solely for its intended recipients. Any review, use, copying, forwarding or other disclosure or distribution of the email or its contents by anyone else is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and then delete the email (and all attachments) from your system. Thank you in advance for your cooperation.