**RESHMA KAMATH**
Mailing Address: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States |
Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Plaintiff, *In Propria-Persona*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>ITRIA VENTURES LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym, and DOES 1-10, inclusive,<br><br>Defendants | **Case No.:** 5:23-cv-05153-SVK<br>[*Honorable District Judge Susan van Keulen*]<br><br>**FURTHER REQUEST FOR LEAVE TO FILE A *SUR*-REPLY ADDITIONAL BRIEFING BASED ON NEW EVIDENCE INTRODUCED IN THE REPLY** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, HEREIN:*

# INTRODUCTION

Plaintiff RESHMA KAMATH further requests leave to file a *sur*-reply after the Court took the matter under submission after new evidence introduced in the Defendants' reply - even when the court has vacated the hearing for Defendants' motion to dismiss, because:

# FURTHER REQUEST FOR LEAVE TO FILE ADDITIONAL DE-BRIEFING

If leave to file additional briefing is granted, then Plaintiff can elaborate further on the following in the *sur*-reply briefing.

i. Article 9 of the Uniform Commercial Code governs secured transactions. Definitions of Article 1 apply unless the contextual situations of Article 9 state otherwise. Section 9-509 of the UCC provides that a party may file such a financing statement only if the debtor authorizes the filing. There was no promissory note mentioning a UCC-1, or alleged RSA with any UCC-1 attached. The alleged RSA that is presented as a security agreement was voided and nullified. Any security interests against future receivables of the debtor is only possible if and when there is a debt – in this case, there is no debt. "To file a UCC-1 Statement, a debt must be owed to the filer and the debtor must authorize the filing of the UCC-1 Statement." *United States v. Halajian* (E.D. Cal., Nov. 5, 2013, No. 1:13-cv-00468-AWI-SKO) [pp. 2].

The Court in *Halajian* also stated:

"The following UCC-1 Financing Statements be declared **null, void, and of no legal effect,** and that the Secretary of the State of California be directed to **expunge** them from her records:

a. UCC-1 Financing Statement, Document Number 33863990002, Filing Number 12-7320754758;
b. UCC-1 Financing Statement, Document Number 33901080003, Filing Number 12-7321186819;
c. UCC-1 Financing Statement, Document Number 33901080004, Filing Number 12-7321190874;
d UCC-1 Financing Statement, Document Number 33901080005, Filing Number 12-7321191643;"

2

*United States v. Halajian* (E.D. Cal., Nov. 5, 2013, No. 1:13-cv-00468-AWI-SKO) [pp. 10][**Emphasis Added**];

ii. UCC-1 financing statement is to protect a security interest and put notice of alleged creditors; however, in this case, there was no security interest in any future account receivables, because there was no loan, and no desire of Plaintiff to work with Defendants Biz2Credit in the future. Thus, no debtor.

UCC Article 1 defines "creditor"

"(13) "Creditor" includes a general creditor, a secured creditor, a lien creditor, and any representative of creditors, including an assignee for the benefit of creditors, a trustee in bankruptcy, a receiver in equity, and an executor or administrator of an insolvent debtor's or assignor's estate."

(35) "Security interest" means an interest in personal property or fixtures which secures payment or performance of an obligation. "Security interest" includes any interest of a consignor and a buyer of accounts, chattel paper, a payment intangible, or a promissory note in a transaction that is subject to Article 9. "Security interest" does not include the special property interest of a buyer of goods on identification of those goods to a contract for sale under Section 2-505, the right of a seller or lessor of goods under Article 2 or 2A to retain or acquire possession of the goods is not a "security interest", but a seller or lessor may also acquire a "security interest" by complying with Article 9. The retention or reservation of title by a seller of goods notwithstanding shipment or delivery to the buyer under Section 2-401 is limited in effect to a reservation of a "security interest." Whether a transaction in the form of a lease creates a "security interest" is determined pursuant to Section 1-203.

(36) "Send" in connection with a writing, record, or notice means: (A) to deposit in the mail or deliver for transmission by any other usual means of communication with postage or cost of transmission provided for and properly addressed and, in the case of an instrument, to an address specified thereon or otherwise agreed, or if there be none to any address reasonable under the circumstances; or (B) in any other way to cause to be received any record or notice within the time it would have arrived if properly sent. (37) "Signed" includes using any symbol executed or adopted with present intention to adopt or accept a writing.

Plaintiff can elaborate further on this in the *sur*-reply briefing.

iii. The alleged RSA was **voided** based on a plethora of reasons: *One*, because it was **not executed**, i.e., no signed RSA was returned to Plaintiff, i.e., Defendants Itria, Biz2Credit, and/or their agents did not returned a signed RSA on Notarize.com to Plaintiff; *Two*, because the parties, Plaintiff Reshma Kamath and Defendant Biz2Credit mutually decided not to work with each other in any future transactions and no loan was disbursed. *Three*, there was **no debt** and **no security interest** in future receivables.

Plaintiff can elaborate further on this in the *sur*-reply briefing.

iv. The Defendants Biz2Credit and Itria Ventures LLC have demonstrated false advertising because only Defendant Biz2Credit and Defendant Patrick Cole (pseudonym) communicated with Plaintiff Reshma Kamath. Filing the UCC-1 was Defendants attempting to collect on a non-existent debt – i.e., defamatory.

Plaintiff can elaborate further on this in the *sur*-reply briefing.

v. The Defendants Itria Ventures LLC and Amit Mishra **never communicated via e-mail or phone-call** with Plaintiff Reshma Kamath until the lien was filed and discovered on August 30, 2023. To state some kind of RSA had Defendant Itria as Defendant Biz2Credit's third-party purchaser with a logo is misleading and false advertising under the Business & Professions Code, *inter alia*.

Plaintiff can elaborate further on this in the *sur*-reply briefing.

**DATED: January 11, 2024**     **RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
*In Propria Persona*

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and e-mail address is reshmakamath2021@gmail.com for electronic-service. On January 11, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST*.

**FURTHER REQUEST FOR LEAVE TO FILE A *SUR*-REPLY ADDITIONAL BRIEFING BASED ON NEW EVIDENCE INTRODUCED IN THE REPLY;**

**PROOF OF SERVICE**

**ELECTRONIC SERVICE** In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6].

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 2nd day of January 2024.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

Harrison S. Smalbach Senior Counsel
E.: harrison.smalbach@biz2credit.com
Address: unknown/not provided (O) 212.644.4555 ext. 109

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237

Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym