**RESHMA KAMATH**
Mailing Address: 700 El Camino Real, Suite 120,
#1084, Menlo Park, California 94025, United States |
Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Plaintiff, *In Propria-Persona*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>ITRIA VENTURES LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym, and DOES 1-10, inclusive,<br><br>Defendants | Case No.: **5:23-cv-05153-SVK**<br>[*Honorable District Judge Susan van Keulen*]<br><br>**PLAINTIFF RESHMA KAMATH'S REQUEST FOR AN EXTENSION TO THE FILING OF THE FIRST-AMENDED COMPLAINT** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, HEREIN:*

Plaintiff Reshma Kamath, of the Law Office of Reshma Kamath, requests that the amended-complaint filing deadline that the Court has currently set for March 05, 2024 be extended to March 19, 2024. Plaintiff has significantly finished the First-Amended Complaint. However, there are exhibits that Plaintiff is seeking from third-party sources, and further work that must be completed. Because Plaintiff has had other court deadlines as counsel in the California courts, the amended complaint will be unable to be completed for filing on the currently-set deadline of March 05, 2024.

(1) Plaintiff Reshma Kamath, who is also currently a sole practitioner in California, has four other competing deadlines, including but not limited to, a Ninth Circuit appellate opening brief on March 01, 2024, an appellate reply brief for the First Division on March 06, 2024, an Opposition to a motion to dismiss on March 15, 2024, and this amended complaint, amongst other things. All due around the amended-complaint deadline for this matter. Other courts have granted extensions to attorneys for similar reasons of work overload. Plaintiff does not have a staff and must prepare the filings herself.

(2) Further, after reviewing Plaintiff's initial complaint from the docket, a gentleman named Mr. Peter Mantell from Ampersand Accounting, had independently contacted Plaintiff about Defendants' nefarious conduct and omissions in New York, i.e., Defendants' domicile.

(3) Plaintiff Reshma Kamath had reached out to Mr. Mantell. However, there has yet to be a telephonic meet-and-confer to see whether Ampersand Accounting will join in as an Interpleader, Intervenor, or whether Plaintiff should consolidate her case with Ampersand's N.Y. case. Mr. Mantell had filed an Attorney General case against the corporate Defendant, Itria.

(4) Plaintiff Reshma Kamath had repeatedly stated that the loan discussions were only with Defendants, Biz2Credit and Cole; and Plaintiff had had no contact with Defendant Itria or its agent, Defendant Mishra during loan discussions. When Plaintiff had discovered the falsified lien – the UCC had provided the e-mail address of Defendant Mishra.

(5) There will be no prejudice to the Defendants in the court offering a short fourteen-day

continuance in the filing of the first-amended complaint. If the Court believes only a joint stipulation is required, then Plaintiff Reshma Kamath will make that effort.

(6) Based on these circumstances, Plaintiff Reshma Kamath requests the court to extend the filing deadline for the First-Amended Complaint to March 19, 2024.

///

**DATED: February 27, 2024**                    **RESHMA KAMATH**

*/S/ Reshma Kamath*

_____

Reshma Kamath,
*In Propria Persona*

## [PROPOSED] ORDER

GOOD CAUSE appearing, the foregoing request for a continuance of the first-amended complaint is HEREBY GRANTED. The first-amended complaint will be due March 19, 2024. The Court will make any scheduling changes as required.


IT IS SO ORDERED.

Dated: _____          _____

                                         UNITED STATES MAGISTRATE JUDGE
                                         Susan van Kuelen

## PROOF OF SERVICE
**F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and e-mail address is reshmakamath2021@gmail.com for electronic-service. On Feb. 27, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST.*

**PLAINTIFF RESHMA KAMATH'S REQUEST FOR AN EXTENSION IN THE FILING OF THE FIRST-AMENDED COMPLAINT; PROOF OF SERVICE**

**ELECTRONIC SERVICE** In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6].

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 27th day of February 2024.

*/s/ Reshma Kamath*
Reshma Kamath

## **SERVICE LIST**

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237

Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym