**RESHMA KAMATH,**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*IN PROPRIA PERSONA*

# IN AND FOR THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, | **Case No.: 5:23-cv-05153-SVK** |
| Plaintiff, | **"PRO SE" PLAINTIFF'S FURTHER NOTICE TO MAGISTRATE JUDGE SUSAN VAN KALEN *RE* KALEN'S RE-APPOINTMENT.** |
| v. | |
| BIZ2CREDIT, ET AL., | |
| Defendants | |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1

***PLEASE TAKE NOTICE*** of PLAINTIFF RESHMA KAMATH has informed the relevant CAND portal - who is in charge of MAGISTRATE JUDGE SUSAN VAN KALEN's re-appointment for another eight years about the JUDICIAL OFFICER's shortcomings.

For e.g., PLAINTIFF RESHMA KAMATH has informed that portal about MAGISTRATE JUDGE SUSAN VAN KALEN's **college-kid opinions**.

Moreover, PLAINTIFF RESHMA KAMATH will inform them about the lack of standard-applications in MAGISTRATE JUDGE SUSAN VAN KALEN's opinion(s). For instance, MAGISTRATE JUDGE SUSAN VAN KALEN failing to apply the accurate standards while dismissing cases – applying a motion for summary judgment standard in a 12(b)(6) motion to dismiss. MAGISTRATE JUDGE SUSAN VAN KALEN's lack of knowledge and deliberate circumventing of the rules, code and law in promoting the typical White racism in court towards East-Asian people are also evident and PLAINTIFF RESHMA KAMATH will ensure that is publicly discussed.

Additionally, PLAINTIFF RESHMA KAMATH will ensure that the CAND portal knows about how **MAGISTRATE JUDGE SUSAN VAN KALEN supports privileged Indian males from calling them "DEFENDANTS"** as the privileged White woman MAGISTRATE JUDGE SUSAN VAN KALEN that she is.



PLAINTIFF RESHMA KAMATH knows the CAND is lax about its standards and will re-appoint a judge blindly.

But in case, MAGISTRATE JUDGE SUSAN VAN KALEN wants to recuse herself *sua sponte,* and have a competent district court judge rule upon this to take this to trial, then PLAINTIFF RESHMA KAMATH affords her with such an opportunity.

PLAINTIFF RESHMA KAMATH also intends to name MAGISTRATE JUDGE SUSAN VAN KALEN in an amended complaint against CAND judicial officers due tomorrow.

Finally, PLAINTIFF RESHMA KAMATH wants to draw attention to the fact that this case now has intervenors too.

If PLAINTIFF RESHMA KAMATH truly wanted then PLAINTIFF RESHMA KAMATH would have gotten MAGISTRATE JUDGE SUSAN VAN KALEN de-benched, but PLAINTIFF RESHMA KAMATH is nice and has seen much serious harm done than MAGISTRATE JUDGE SUSAN VAN KALEN's follies.

**DATED: APRIL 29, 2024**                **RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
*In Propria Persona*



# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, California 94025, and electronic-mail address is reshmakamath2021@gmail.com for electronic service. On April 29, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: **SEE ATTACHED SERVICE LIST.**

**"PRO SE" PLAINTIFF'S FURTHER NOTICE TO MAGISTRATE JUDGE SUSAN VAN KALEN *RE* KALEN'S RE-APPOINTMENT.**

**ELECTRONIC SERVICE**
In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]
///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 29th day of April 2024.

*/s/ Reshma Kamath*
Reshma Kamath

4

RESHMA KAMATH

**SERVICE LIST**
Harrison S. Smalbach Senior Counsel
E.: harrison.smalbach@biz2credit.com
Address: unknown/not provided (O) 212.644.4555 ext. 109

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237
Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym,

Defendant SUMMIT ARORA (**TAKENOUCHI failed to sign a waiver**)

RESHMA KAMATH