**RESHMA KAMATH,**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*IN PROPRIA PERSONA*

## IN AND FOR THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, <br><br> Plaintiff, <br><br> v. <br><br> BIZ2CREDIT, ET AL., <br><br> Defendants | **Case No.: 5:23-cv-05153-SVK** <br><br> **"PRO SE" PLAINTIFF'S FURTHER NOTICE *RE* JASON TAKENOUCHI'S FAILURE TO MEET-AND-CONFER FOR TAKENOUCHI'S 12(B)(6) MOTION AND TAKENOUCHI'S FAILURE TO SIGN THE WAIVER OF SERVICE FORM FOR DEFENDANT SUMMIT ARORA.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

***PLEASE TAKE NOTICE*** of PLAINTIFF RESHMA KAMATH is informing the incompetent clerk of Magistrate Judge SUSAN VAN KALEN RE JASON TAKENOUCHI'S FAILURE TO MEET-AND-CONFER FOR TAKENOUCHI'S 12(B)(6) MOTION AND TAKENOUCHI'S FAILURE TO SIGN THE WAIVER OF SERVICE FORM FOR DEFENDANT SUMMIT ARORA.

Since the racist and incompetent staff of CAND and CALIFORNIA COURTS are quick to call out non-White minority female counsel, the same standard must be applied to Male Attorneys and White Attorneys.

The incompetent Clerk of Magistrate Judge SUSAN VAN KALEN and/or Magistrate Judge SUSAN VAN KALEN should circulate an order re TAKENOUCHI's failure to meet-and-confer as is required under the local rules/FRCP 12(b)(6).

In addition, incompetent Clerk of Magistrate Judge SUSAN VAN KALEN and/or Magistrate Judge SUSAN VAN KALEN should circulate and reprimand TAKENOUCHI for his failure to sign the waiver form – but then immediately put a consent/declination for DEFENDANT SUMMIT ARORA.

Since the incompetent/racist Clerk of Magistrate Judge SUSAN VAN KALEN and/or Magistrate Judge SUSAN VAN KALEN will do neither of the



above, this court must recuse itself *sua sponte* – prior to a formal motion getting filed.

The issue of intervenors coming into this case with leave is also pending.

**DATED: APRIL 29, 2024**          **RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
*In Propria Persona*

**PROOF OF SERVICE**
**F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, California 94025, and electronic-mail address is reshmakamath2021@gmail.com for electronic service. On April 29, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: **SEE ATTACHED SERVICE LIST.**

**"PRO SE" PLAINTIFF'S FURTHER NOTICE *RE* JASON TAKENOUCHI'S FAILURE TO MEET-AND-CONFER FOR TAKENOUCHI'S 12(B)(6) MOTION AND TAKENOUCHI'S FAILURE TO SIGN THE WAIVER OF SERVICE FORM FOR DEFENDANT SUMMIT ARORA.**

**ELECTRONIC SERVICE**
In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]
///
I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 29th day of April 2024.

*/s/ Reshma Kamath*
Reshma Kamath



**SERVICE LIST**

Harrison S. Smalbach Senior Counsel
E.: harrison.smalbach@biz2credit.com
Address: unknown/not provided (O) 212.644.4555 ext. 109

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237
Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym,

Defendant SUMMIT ARORA (**TAKENOUCHI failed to sign a waiver**)

