**RESHMA KAMATH,**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*IN PROPRIA PERSONA*

**IN AND FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | **Case No.: 5:23-cv-05153-SVK** |
| **RESHMA KAMATH,** | **RE-APPOINTEE AND RACIST SUSAN VAN KALEN'S ASS-LICKING[i] OF MALE ATTORNEYS AND MALE LITIGANTS (ECF #41);** |
| **Plaintiff,** | |
| **v.** | **RE-APPOINTEE AND RACIST SUSAN VAN KALEN'S FAILURE IN PROVIDING FIFTH AMENDMENT DUE PROCESS NOTICE AND OPPORTUNITY TO BE HEARD IN ORAL ARGUMENT.** |
| **BIZ2CREDIT, INC., a New York corporation; PATRICK COLE, agent of BIZ2CREDIT with pseudonym; ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; SUMMIT ARORA, CEO of BIZ2CREDIT; AND DOES 1-10, INCLUSIVE,** | |
| **Defendants** | |

        *TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

RESHMA KAMATH
WWW.MYINSTALAWYER.COM

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>INTRODUCTION</u>**

PLAINTIFF RESHMA KAMATH informs RE-APPOINTEE AND RACIST SUSAN VAN KALEN'S that VAN KALEN'S ASS-LICKING OF MALE ATTORNEYS AND MALE LITIGANTS (ECF #41) should refrain.

As a fellow woman, PLAINTIFF RESHMA KAMATH advises that RE-APPOINTEE AND RACIST SUSAN VAN KALEN could invest in some hair-dye and change her abominable picture on the CAND website. The reason is her ugliness, hate and prejudice from the inside is starting to show outwardly. This occurred years ago but no one made RE-APPOINTEE AND RACIST SUSAN VAN KALEN aware of what kind of disgusting judicial officer she is.

PLAINTIFF RESHMA KAMATH also informs that RE-APPOINTEE AND RACIST SUSAN VAN KALEN is taking away the FIFTH AMENDMENT DUE PROCESS RIGHT OF NOTICE AND OPPORTUNITY TO BE HEARD as her trashy White brain cannot comprehend simple legal arguments from intelligent women of color.

The destruction of the UNITED STATES that started many an eons ago will continue with such judicial officers that promulgate such trashy opinions.

RE-APPOINTEE AND RACIST SUSAN VAN KALEN should be proud and happy that she is supporting RAPE CULTURE in the United States in promoting the voices of Asian men particularly that of Indian men such as defendants MISHRA, ARORA, COLE, and their attorney, RACIST TAKENOUCHI.

The crème de la crème of Indians such as PLAINTIFF RESHMA KAMATH will soon re-emigrate back from the United States, and CAND will be left (as they currently are) to clean the trash.



2

1

2  **DATED: MAY 15, 2024**                    **RESHMA KAMATH**

3

4                                          */S/ Reshma Kamath*

5                                          Reshma Kamath,
                                           *In Propria Persona*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1
2

## **PROOF OF SERVICE**
### **F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

3

4

5

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, California 94025, and electronic-mail address is reshmakamath2021@gmail.com for electronic service. On May 15, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: **SEE ATTACHED SERVICE LIST.**

6

7

**RE-APPOINTEE AND RACIST SUSAN VAN KALEN'S ASS-LICKING[ii] OF MALE ATTORNEYS AND MALE LITIGANTS (ECF #41);**

8

9

10

**RE-APPOINTEE AND RACIST SUSAN VAN KALEN'S FAILURE IN PROVIDING FIFTH AMENDMENT DUE PROCESS NOTICE AND OPPORTUNITY TO BE HEARD IN ORAL ARGUMENT.**

11

12

13

14

**ELECTRONIC SERVICE**
In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]
///

15

16

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 15th day of May 2024.

17

*/s/ Reshma Kamath*
Reshma Kamath

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Harrison S. Smalbach Senior Counsel
E.: harrison.smalbach@biz2credit.com
Address: unknown/not provided (O) 212.644.4555 ext. 109

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237
Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym,

Defendant SUMMIT ARORA (**TAKENOUCHI failed to sign a waiver**)

---

[i] Ass-licking is a vulgar, offensive, and coarse slang term in North American English that means to excessively praise or flatter someone to gain favor or advantage. It can also be used as an adjective to describe something that is characterized by excessive praise or flattery. For example, some might describe behavior as ass-licking if it appears too friendly to someone in authority and shows that someone is always ready to do what they want.

[ii] Ass-licking is a vulgar, offensive, and coarse slang term in North American English that means to excessively praise or flatter someone to gain favor or advantage. It can also be used as an adjective to describe something that is characterized by excessive praise or flattery. For example, some might describe behavior as ass-licking if it appears too friendly to someone in authority and shows that someone is always ready to do what they want.

