UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ITRIA VENTURES, LLC, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-05153-SVK<br><br>**JUDGMENT** |

　　　On July 11, 2024, the Court granted Defendants' motion to dismiss and dismissed Plaintiff's first amended complaint without leave to amend.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiff.  The Clerk of Court shall close the file in this matter.

　　　**SO ORDERED.**

Dated: July 11, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge