**RESHMA KAMATH**
Mailing Address: 700 El Camino Real, Suite 120,
#1084, Menlo Park, California 94025, United States |
Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Plaintiff, *In Propria-Persona*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>ITRIA VENTURES LLC, a Delaware LLC; ET AL.,<br><br>Defendants | **Case No.: 5:23-cv-05153-SVK**<br>[*Honorable District Judge Susan van Keulen*]<br><br>**PLAINTIFF RESHMA KAMATH'S NOTICE TO THE COURT AND TRASHY INDIAN MEN OF ITRIA VENTURES LLC AND BIZ2CREDIT, AMIT MISHRA, PATRICK COLE.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, HEREIN:*

### *PLAINTIFF RESHMA KAMATH'S NOTICE TO THE DEBILITATINGLY RACIST COURT'S MISOGYNISTIC PROMOTION OF GENDER BIAS IN LENDING.*

*Plaintiff RESHMA KAMATH states to the misogynistic court that there is a very particular reason why RESHMA KAMATH had filed this lawsuit with another one. The reason is: RESHMA KAMATH wanted to test whether the racist Whites of America had changed since RESHMA KAMATH had moved to the United States when she was fourteen.*

*Fifteen years later, WHITE AMERICA is the same – and NO CHANGE – gotten worse with LATIN-AMERICAN mentality seeping in and WHITE PEOPLE's promotion of MISOGYNY from third-world mentality of men such as from INDIA.*

*RESHMA KAMATH knew that there was no change – but wanted to test her hypothesis, observations, and knowledge of RACIST WHITES. RESHMA KAMATH wanted to prove to herself that she is right as usual.*

*RESHMA KAMATH also knew that White women as delusional as they were (then when RESHMA KAMATH was in her teens as they are now) - along with their WHITE SONS, SPOUSES, GRANDFATHERS and other WHITE MALES, who do not help women of color whatsoever. White people have inflicted chaos in the lives of innocent BROWN people of all kinds because White people have some kind of deep-rooted hatred towards non-Whites – particularly brown women and African-American men. Now, WHITE PEOPLE LOVE to PROMOTE INDIAN-MALE MISOGYNY. Watch this CAND becomes nothingness in the next ten years – less and less cases of*

*technology and substance getting filed. WHITE PEOPLE'S FETISH towards East-Asians (politically-correct term) is another phenomenon that White people are OBLIVIOUS to. There is yet another reason that RESHMA KAMATH filed this case - to test the courts prior to making a life-decision, i.e. to permanently move out of this country and practice law elsewhere.*

*As much as the innocent regular people of America rely on RESHMA KAMATH and RESHMA KAMATH selflessly works for everyday regular people, the trashy country – becoming worse every second – is not a place for women's rights and to help women of color. In fact, even White women are not helped in this increasingly misogynistic country. As WHITE JUDGES constantly help WHITE, LATIN-AMERICAN and EAST-ASIAN-AMERICANS, you continue to ignore the most important population in the world – INDIAN WOMEN – who're GROWING IN POWER and WEALTH with HARD-WORK and INTELLIGENCE.*

*Watch this country, the California courts, and the economy plummet after the elections. RESHMA KAMATH will not pay a penny to anyone as usual.*

*Good Luck to Susan Van Kalen's re-appointment in inflicting eight more years of CHAOS. BYE TO RACISM. Particularly, WHITE AMERICA'S RACISM, and the disgusting third-world from the border that you have freely invited.*

 **DATED: July 11, 2024**             **RESHMA KAMATH**

                                                     */S/ Reshma Kamath*

                                                     Reshma Kamath, Plaintiff,  
                                                     *In Propria Persona*

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and e-mail address is reshmakamath2021@gmail.com for electronic-service. On July 11, 2024, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST.*

**PLAINTIFF RESHMA KAMATH'S NOTICE TO THE COURT AND TRASHY INDIAN MEN OF ITRIA VENTURES LLC AND BIZ2CREDIT, AMIT MISHRA, PATRICK COLE.**

**PROOF OF SERVICE**

**ELECTRONIC SERVICE** In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6].

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 2nd day of January 2024.

   */s/ Reshma Kamath*
   Reshma Kamath

4

**SERVICE LIST**

Harrison S. Smalbach Senior Counsel
E.: harrison.smalbach@biz2credit.com
Address: unknown/not provided (O) 212.644.4555 ext. 109

Jason S. Takenouchi
E.: JTakenouchi@kasowitz.com
Address: Kasowitz Benson Torres LLP
101 California Street Suite 3950, San Francisco, CA 94111
Tel. (415) 655-4356 Fax. (415) 520-9237

Attorneys for Defendants ITRIA VENTURES, LLC, a Delaware LLC; AMIT MISHRA, an individual; BIZ2CREDIT, INC., a New York Corporation; PATRICK COLE, an individual with the pseudonym